V#114  # 129498

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2011 MAY 13 PM 2: 16
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: NORTH, JEFFREY DEAN, JR
NORTH, JENNIFER LYNN

Case No. 10-35434

Judge MARY ANN WHIPPLE

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Consultants in Lab Medicine | 3170 W Central Ave<br>Toledo, OH  43606 | $0.17 |
| Synergy Emergency Physicians | PO Box 636304<br>Cincinnati, OH  45263 | $2.03 |
| Premier Bankcard/Charter | PO Box 2208<br>Vacaville, CA  95696 | $2.14 |
| Premier Bankcard/ Charter | PO Box 2208<br>Vacaville, CA  95696 | $3.93 |
| Verizon Wireless | PO Box 3397<br>Bloomington, IL 61702-3397 | $4.96 |

Check #101 in the amount of $13.23 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Patti Baumgartner-Novak_
Patti Baumgartner-Novak, Trustee

Dated: 5/11/11
cc: Office of the U.S. Trustee